IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PABLO VALENTIN RAMIREZ, | ) | No. C 07-3841 RMW (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

    Petitioner, a state prisoner proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges his underlying criminal conviction in the Tulare Superior Court, which lies in the Eastern District of California.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

Order of Transfer
P:\pro-se\sj.rmw\hc.07\Ramirez841trans    1

1    Accordingly, this case is TRANSFERRED to the United States District Court for
2 the Eastern District of California, the district of petitioner's conviction at issue in this
3 petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate
4 any pending motions and transfer the entire file to the Eastern District of California.
5    IT IS SO ORDERED.

6 DATED: 8/7/2007          /s/ Ronald M. Whyte
                          RONALD M. WHYTE
7                         United States District Judge

1  This is to certify that on _____8/8/2007_____, a copy of this ruling was mailed to the following:

Pablo Valentin Ramirez
J-70103
Avenal State Prison
P.O. Box 9
Avenal, CA  93204

Order of Transfer
P:\pro-se\sj.rmw\hc.07\Ramirez841trans         3